HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN MANCIA,<br><br>Defendant. | Case No. 1:18-cr-00115-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   December 8, 2022<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Bryan Mancia, that the status conference currently scheduled for October 20, 2022 at 2:00 p.m., be continued to December 8, 2022, at 2:00 p.m.

A supervised release violation petition was filed in this case on March 7, 2022. *See* Dkt. #41. Mr. Mancia made his initial appearance on September 20, 2022. *See* Dkt. #44. A detention hearing was held on September 22, 2022, and also on September 23, 2033. *See* Dkt. #46, #48. At the September 23, 2022 hearing, Mr. Mancia was ordered released subject to conditions imposed by the Court. *See* Dkt. #50, #51. Mr. Mancia also has a parallel state court matter pending in Fresno County Superior Court that relates to the allegations in the instant supervised release

violation petition. Mr. Mancia's next state court date is December 14, 2022.

The parties are currently monitoring the state court proceeding and have had initial discussions regarding a resolution in this matter. The parties are requesting that the status conference currently set for October 20, 2022, be continued to December 8, 2022, for a further status conference, so that the parties can continue to monitor the state court proceeding and to engage in further negotiations regarding a resolution in this case.

Since his release on September 23, 2022, Mr. Mancia has remained in compliance with the terms and conditions imposed. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 18, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 18, 2022

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN MANCIA

Mancia – Stipulation
and Proposed Order

# O R D E R

**IT IS HEREBY ORDERED** that the status conference set for October 20, 2022, at 2:00 p.m. is continued to December 8, 2022, at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated: 10/18/2022         *Sheila K. Oberto*
                          HONORABLE SHEILA K. OBERTO
                          UNITED STATES MAGISTRATE JUDGE

Mancia – Stipulation
and Proposed Order

3