HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00115-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:   March 9, 2023 |
| BRYAN MANCIA, | Time:   2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for defendant Bryan Mancia, that the status

conference currently scheduled for February 9, 2023 at 2:00 p.m., be continued to March 9,

2023, at 2:00 p.m.

A supervised release violation petition was filed in this case on March 7, 2022. *See* Dkt.

#41. Mr. Mancia made his initial appearance on September 20, 2022. *See* Dkt. #44. A detention

hearing was held on September 22, 2022, and also on September 23, 2033. *See* Dkt. #46, #48. At

the September 23, 2022 hearing, Mr. Mancia was ordered released subject to conditions imposed

by the Court. *See* Dkt. #50, #51. Mr. Mancia also has a parallel state court matter pending in

Fresno County Superior Court that relates to the allegations in the instant supervised release

1   violation petition. Mr. Mancia's next state court date is on February 15, 2023.

2         The parties are requesting that the status conference currently set for February 9, 2023, be

3   continued to March 9, 2023, for a further status conference. The parties have been actively

4   engaged in plea negotiations. On February 6, 2023, the government provided an offer in this

5   matter. Undersigned counsel is requesting this continuance so that he has sufficient time to

6   discuss this offer with Mr. Mancia and to continue to monitor the parallel state court proceeding.

7         Since his release on September 23, 2022, Mr. Mancia has remained in compliance with

8   the terms and conditions imposed. The requested continuance is made with the intention of

9   conserving time and resources for both the parties and the Court. The requested date is a

10  mutually agreeable date for both parties. As this is a supervised release violation matter, no

11  exclusion of time is necessary.

12

13                                          Respectfully submitted,

14                                          PHILLIP A. TALBERT
                                            United States Attorney
15

16  Date: February 6, 2023                  */s/ Joseph Barton*_____
                                            JOSEPH BARTON
17                                          Assistant United States Attorney
                                            Attorney for Plaintiff
18

19                                          HEATHER E. WILLIAMS
                                            Federal Defender
20

21  Date: February 6, 2023                  */s/ Reed Grantham*_____
                                            REED GRANTHAM
22                                          Assistant Federal Defender
                                            Attorney for Defendant
23                                          BRYAN MANCIA

24

25

26

27

28

Mancia – Stipulation
and Proposed Order

1

**O R D E R**

2

      **IT IS HEREBY ORDERED** that the status conference set for February 9, 2023, at 2:00

3

p.m. is continued to March 9, 2023, at 2:00 p.m.  The defendant is ordered to appear.

4

IT IS SO ORDERED.

5

Dated:   **February 6, 2023**

6

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mancia – Stipulation
and Proposed Order