|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
BRYAN MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00115-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:   March 30, 2023 |
| BRYAN MANCIA, | Time:   2:00 p.m. |
|  | Judge: Duty Magistrate Judge |
| Defendant. |  |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Bryan Mancia, that the status conference currently scheduled for March 9, 2023 at 2:00 p.m., be continued to March 30, 2023, at 2:00 p.m.

Mr. Mancia made his initial appearance on September 20, 2022. *See* Dkt. #44. A detention hearing was held on September 22, 2022, and also on September 23, 2033. *See* Dkt. #46, #48. At the September 23, 2022 hearing, Mr. Mancia was ordered released subject to conditions imposed by the Court. *See* Dkt. #50, #51. Mr. Mancia also has a parallel state court matter pending in Fresno County Superior Court that relates to the allegations in the instant supervised release violation petition. Mr. Mancia's next state court date is on April 18, 2023.

1  The parties are requesting that the status conference currently set for March 9, 2023, be continued to March 30, 2023, for a further status conference. The parties believe they have reached a resolution in this matter, however, additional time is needed to finalize this resolution as it involves Mr. Mancia's parallel state court matter. Accordingly, the parties are requesting this continuance so that counsel for Mr. Mancia has sufficient time to discuss this resolution with Mr. Mancia, and so that the parties can communicate with counsel in Mr. Mancia's state court matter.

Since his release on September 23, 2022, Mr. Mancia has remained in compliance with the terms and conditions imposed. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 6, 2023         */s/ Joseph Barton*
                            JOSEPH BARTON
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: March 6, 2023         */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            BRYAN MANCIA

Mancia – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for March 9, 2023, at 2:00 p.m. is continued to March 30, 2023, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **March 6, 2023**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

Mancia – Stipulation
and Proposed Order